# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**DeQUION BURROWS,**                                                                            **PLAINTIFF**
**ADC #154846**

v.                                     Case No. 2:21-cv-00092-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff DeQuion Burrows's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 13th day of January, 2023.

                                                                         _____
                                                                         Kristine G. Baker
                                                                         United States District Judge